IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTHE DEVELOPMENT CORP., | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 05-MC-0514 (PLF) |
| U.S. DEPARTMENT OF COMMERCE, *et al.* | ) |
| Respondents. | ) |

FILED
DEC 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

UPON CONSIDERATION of the motion for an extension of time by the United States Department of Commerce and the United States Small Business Administration (collectively "respondents") to oppose the motions to compel filed in the above-captioned case by the plaintiff, Rothe Development Corp., it is

ORDERED, that respondents' motion should be, and hereby is, GRANTED; and it is

FURTHER ORDERED, that the deadline for respondents to oppose plaintiff's motions to compel should be, and hereby is, extended to and including January 6, 2006.

IT IS SO ORDERED on this 28th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE