IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ROTHE DEVELOPMENT CORP., | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 05-MC-0514 (PLF) |
| U.S. DEPARTMENT OF COMMERCE, et al. | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of respondents' _unopposed_ motion to vacate stay, deny plaintiff's motion to compel, quash the outstanding subpoenas issued from this Court by plaintiff to respondents, and dismiss this case, it is

ORDERED, that respondents' motion is GRANTED; and it is

FURTHER ORDERED, that the subpoenas issued by plaintiff from this Court to the United States Department of Commerce and the Small Business Administration are QUASHED; and it is

FURTHER ORDERED, that this case is DISMISSED.

IT IS SO ORDERED on this 29 day of August, 2006.

_Paul L. Friedman_
UNITED STATES DISTRICT JUDGE

Copies to:

DAVID F. BARTON, Esq.
THE GARDNER LAW FIRM, P.C.
745 EAST MULBERRY AVE., SUITE 100
SAN ANTONIO, TEXAS 78212-3167


DANIEL F. VAN HORN, Esq.
ASSISTANT UNITED STATES ATTORNEY
CIVIL DIVISION, ROOM E-4816
555 FOURTH ST., N.W.
WASHINGTON, D.C. 20530